UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY SATROWSKY,<br>    Plaintiff<br><br>v.<br><br>BOSTON & MAINE<br>RAILWAY COMPANY &<br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY,<br>    Defendants | )<br>)<br>)<br>)   CIVIL DOCKET NO. 04-10827-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant in the above-captioned case.

Dated this 11th day of May, 2004.

                    DEFENDANTS,
                    Boston & Maine Railway Company &
                    Springfield Terminal Railway Company
                    By their attorney,

                    _____
                    James J. Walsh (BBO #514560)
                    HERLIHY, THURSBY AND HERLIHY, LLP
                    133 Federal Street
                    Boston, MA 02110
                    (617) 426-6100
                    jwalsh@hthlaw.com

## CERTIFICATE OF SERVICE

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, ___May 11___, 2004, served a copy of the

foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

| | |
|---|---|
| Thomas J. Joyce, III, Esq. | Michael J. McDevitt |
| HANNON & JOYCE | LAWSON & WEITZEN, LLP |
| The Curtis Center, Suite 450 | Suite 345 |
| 170 S. Independence Mall W. | Boston, MA  02210 |
| Philadelphia, PA  19106-3301 | |

_____
James J. Walsh