UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HENRY SATROWSKY, )
    Plaintiff )
 )
v. ) CIVIL DOCKET NO. 04-10827-JLT
 )
BOSTON & MAINE )
RAILWAY COMPANY & )
SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
    Defendants )
 )

## ANSWER AND JURY CLAIM
## OF DEFENDANTS

1. Admitted.

2. Admitted.

3. Admitted.

4. The defendants respond that the allegations in the Complaint speak for themselves.

5. Admitted.

6. Admitted.

7. The defendants deny the allegations that agents or employees of the defendants caused injuries to the plaintiff.

8. The defendant admits that at certain periods the plaintiff was employed by the defendant. Otherwise, at this time the defendant is without information sufficient to either admit or deny the remaining allegations of this paragraph.

9. At this time the defendant is without information sufficient to either admit or deny this allegation.

10. The defendants admit that the plaintiff was employed from 1976 to approximately 2001. Otherwise, the defendants deny these allegations.

9. (Note: This paragraph is incorrectly numbered.) The defendants deny these allegations.

10. (Note: This paragraph is incorrectly numbered.) The defendants deny these allegations.

11. The defendants deny these allegations.

12. The defendants deny these allegations.

13. The defendants deny these allegations

14. The defendants deny these allegations

15. The defendants deny these allegations

16. The defendants deny these allegations

**FIRST ADDITIONAL DEFENSE**

And further answering, the defendants say that the plaintiff's claim is barred by applicable Statute of Limitation.

**SECOND ADDITIONAL DEFENSE**

And further answering, the defendants say that if the plaintiff was injured, his injury was caused by his own negligence or lack of care.

**THIRD ADDITIONAL DEFENSE**

And further answering, the defendants say that if the plaintiff was injured, his injury was caused by persons or conditions for which the defendant is not legally responsible.

**FOURTH ADDITIONAL DEFENSE**

And further answering, the defendants say that the Complaint fails to state a claim upon which relief can be granted.

DEFENDANTS BOSTON & MAINE RAILWAY COMPANY AND SPRINGFIELD TERMINAL RAILWAY COMPANY CLAIM TRIAL BY JURY.

DEFENDANTS,
Boston & Maine Railway Company &
Springfield Terminal Railway Company
By their attorney,

_____
James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100

**CERTIFICATE OF SERVICE**

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, _____, 2004, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas J. Joyce, III, Esq.  
HANNON & JOYCE  
The Curtis Center, Suite 450  
170 S. Independence Mall W.  
Philadelphia, PA 19106-3301

Michael J. McDevitt  
LAWSON & WEITZEN, LLP  
Suite 345  
Boston, MA 02210

_____
James J. Walsh