AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

Boston Division

Henry Satrowsky

v.

Boston & Maine Railway Company

– and –

Springfield Terminal Railway Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10827 JLT

TO: (Name and address of defendant)

Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Public Ledger Building – Ste. 1000 | 88 Black Falcon Avenue |
| 150 S. Independence Mall West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE: APR 27 2004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Springfield Terminal Railway Co.**
   **Iron Horse Park**
   **North Billerica, MA 01862**

   **ATTN: Cynthia Scarano**
   **Director of Claims**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   X *Corey Chamberlain*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Corey Chamberlain

C. Date of Delivery: 5/3/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0005 4929 5708

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540