# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

Boston Division

| | |
|---|---|
| Henry Satrowsky | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| Boston & Maine Railway Company | 04 10827 JLT |
| - and - | |
| Springfield Terminal Railway Company | |

TO: (Name and address of defendant)

Boston & Maine Railway Company
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Public Ledger Building - Ste. 1000 | 88 Black Falcon Avenue |
| 150 S. Independence Mall West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

APR 27 2004
DATE

(BY) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Boston & Maine Railway Company
   Iron Horse Park
   North Billerica, MA 01862

   ATTN: Cynthia Scarano
         Director of Claims

2. Article Number
   (Transfer from service label)

   7003 0500 0005 4929 5692

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Corey Chamberlain                    ☐ Agent
                                          ☐ Addressee

B. Received by (Printed Name)             C. Date of Delivery
   Corey Chamberlain                         5/3/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes