Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
HENRY SATROWSKY,           )
      Plaintiff            )
                           )
v.                         )     CIVIL DOCKET NO. 04-10827-JLT
                           )
BOSTON & MAINE             )
RAILWAY COMPANY &          )
SPRINGFIELD TERMINAL       )
RAILWAY COMPANY,           )
      Defendants           )
_____)
```

**DEFENDANT'S CERTIFICATION – LR 16.1(D)(3)**

The defendant and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

```
                         SPRINGFIELD TERMINAL RAILWAY CO.


                         By s/Cynthia S. Scarano_____
                              Cynthia S. Scarano
                              Director of Claims


                         s/ James J. Walsh_____
                         James J. Walsh (BBO #514560)
                         ATTORNEY FOR DEFENDANT
```