```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

_____
HENRY SATROWSKY,           )
    Plaintiff          )
                       )
v.                         )    CIVIL DOCKET NO. 04-10827-JLT
                       )
BOSTON & MAINE             )
RAILWAY COMPANY &          )
SPRINGFIELD TERMINAL       )
RAILWAY COMPANY,           )
    Defendants         )
_____

**DEFENDANT'S LIST OF PROPOSED DEPONENTS**
**PURSUANT TO DISCOVERY ORDER**

The defendant submits the following list of deponents:

1. Henry Satrowsky;

2. Katherine Upchurch, M.D.;

3. T. Bryan Miller, M.D.; and

4. The defendant may also depose the expert witness designated as "Dr. Shinnick" in the plaintiff's Answer No. 17 to Defendant's Interrogatories.

                         Respectfully submitted,
                         Attorney for the Defendant,


                         _____
                         James J. Walsh – (BBO #5l4560)
                         HERLIHY, THURSBY AND HERLIHY, LLP
                         133 Federal Street
                         Boston, MA 02110
                         (617) 426-6100
                         jwalsh@hthlaw.com

**CERTIFICATE OF SERVICE**

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, _____, 2006, served a copy of the foregoing document on the plaintiff to:

| | |
|---|---|
| Thomas J. Joyce, III, Esq. | Michael J. McDevitt |
| HANNON & JOYCE | LAWSON & WEITZEN, LLP |
| The Curtis Center, Suite 450 | Suite 345 |
| l70 S. Independence Mall W. | Boston, MA  022l0 |
| Philadelphia, PA  19106-3301 | |

_____
James J. Walsh

2