UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

HENRY SATROWSKY,                        )
Plaintiff,                              )
                                        )
v.                                      )   CIVIL ACTION No. 04-10827-JLT
                                        )
BOSTON & MAINE                          )
RAILROAD COMPANY, et al.,               )
Defendants.                             )
_____)

## NOTICE OF APPEARANCE

      To the clerk of the above-referenced court:

Please enter the appearance of James M. Henry on behalf of the plaintiff, Henry Satrowsky.

Respectfully Submitted,
Plaintiff,
Henry Satrowsky
By his attorneys,

   /s/ James M. Henry   
James M. Henry  (BBO# 663944)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
(617) 439-4990
jhenry@lawson-weitzen.com

Date: December 11, 2006