UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY SATROWSKY, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Civil Action No. 04-10827-JLT |
| * | |
| BOSTON & MAINE RAILWAY COMPANY and * | |
| SPRINGFIELD TERMINAL RAILWAY * | |
| COMPANY, * | |
| * | |
| Defendants. * | |

ORDER

December 12, 2006

TAURO, J.

After a Conference held on December 12, 2006, this court hereby orders that:

1. As discussed in open court, Plaintiff will take the necessary steps to produce Plaintiff's relevant medical records.

2. The case is referred to the court's Alternative Dispute Resolution program for mediation.

3. Trial will commence March 5, 2007, at 10:00 am.

IT IS SO ORDERED.

                /s/ Joseph L. Tauro
               United States District Judge