# EXHIBIT A



# HANNON & JOYCE
LAW OFFICES

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPEDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460 ~ (888) 222-FELA (US) ~ (215) 446-4479 (FAX)
hjmail@hannonandjoyce.com

July 14, 2005

James J. Walsh
Herlihy, Thursby and Herlihy, LLP
133 Federal Street
Boston, MA 02110

RE:   Henry Satrowsky vs. Springfield Terminal Railway Company
       Civil Action No. 04-10827-JLT

Mr. Walsh:

Enclosed herewith please find Plaintiff's Answers to Defendant's Interrogatories and Request for Production of Documents.

If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

Very truly yours,

THOMAS J. JOYCE III

TJJ:djr
Enc.
Cc: Michael J. McDevitt, Esq. (w/o encs)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

HENRY SATROWSKY,

       Plaintiff,

vs.                               CIVIL ACTION NO. 04-10827-JLT

SPRINGFIELD TERMINAL RAILWAY
COMPANY,

       Defendants.

## PLAINTIFF'S ANSWERS TO DEFENDANT'S
## FIRST SET OF INTERROGATORIES

Plaintiff, by and through his attorneys, Hannon & Joyce, hereby answers the Defendant's First Interrogatories, pursuant to the Federal Rules of Civil Procedure, avers as follows:

1.    Henry J. Satrowsky.  10 Holtshire Road, Orange, MA 01364.  12/02/44.  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.

2.    There was no specific date.  Plaintiff sustained occupational cumulative trauma as a result of his employment with the railroad.

3.    Plaintiff suffers from bilateral foot and ankle injuries.  The Plaintiff has sustained pain, suffering, inconvenience, stress, and a loss of enjoyment of life.

4.    None.

5.    Plaintiff believes that, in general, the tools used were adequate.

6.    Defendants were negligent in its failure to provide Plaintiff a safe place to work as required by the Federal Employer's Liability Act, 45 U.S. §§ 51-60; failure to provide a timely and adequate

ergonomic program designed to prevent occupational cumulative
trauma; failure to comply with safety and operating rules and
regulations of the Defendant; forcing the Plaintiff to work under
hurried and/or awkward conditions; failing to adequately maintain
and/or install proper ballast; and otherwise failing to exercise due
and adequate care under the circumstances including, but not
limited to a lack of adequate manpower.

7.   This information is not within Plaintiff's knowledge.

8.   Yes. Plaintiff received only on the job training. Plaintiff received
no ergonomic training.

9.   Defendant failed to provide Plaintiff with training designed to
inform Plaintiff of occupational cumulative training and to prevent
occupational cumulative trauma.

10.  Yes. If Plaintiff had received adequate ergonomic and safety
training, his injuries could have been avoided.

11.  See answer to Interrogatory 9.

12.  Plaintiff sustained occupational cumulative trauma to his ankles
and feet, which resulted in him becoming disabled.

13.  Plaintiff has been and may continue to be required to receive and
undergo medical treatment and medical care, including surgery,
and has incurred reasonable and necessary medical expenses.
Please see attached medical records.

14.  Plaintiff has been unable to work since 2002, but has not been
confined to a bed or home.

15.  See answer to Interrogatory 3.

16.  Plaintiff had surgery for bone spurs on his foot on 2/29/00, and
also had surgery on 8/3/98 for a hernia. This information is
within the Possession of Defendant.

17.  Plaintiff has not yet retained any expert witness. Plaintiff intends
to use Dr. Shinnick.

18.  Plaintiff became disabled in May of 2002.

Plaintiff reserves the right to amend or supplement Plaintiff's Answers to
Defendant's Interrogatories prior to trial.

                                        HANNON & JOYCE

Dated: June 30, 2005

                                        By:
                                        THOMAS J. JOYCE, III, ESQUIRE
                                        Public Ledger Building, Suite 1000
                                        150 S. Independence Mall West
                                        Philadelphia, PA   19106


                                        MICHAEL J. McDEVITT, ESQUIRE
                                        Lawson & Weitzen, LLP
                                        88 Black Falcon Avenue, Suite 345
                                        Boston, MA  02210
                                        617-439-4990
                                        Attorneys for Plaintiff

## VERIFICATION

I, _Henry Satrowsky_, have read the foregoing. The statements herein are correct to the best of my personal knowledge, information, and/or belief.

_(Signature)_

Date: _June 30 2005_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

HENRY SATROWSKY,

        Plaintiff,

vs.

                                 CIVIL ACTION NO. 04-10827-JLT

SPRINGFIELD TERMINAL RAILWAY
COMPANY,

        Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST TO PRODUCE

      Plaintiff, by and through his attorneys, Hannon & Joyce, sets forth his response to the Defendants' First Request to Produce, avers as follows:

    1.     See attached medical records.

    2.     See attached medical records.

    3.     To be provided.

    4.     To be provided, if applicable.

    5.     None.

    6.     None.

    7.     Within Defendant's possession.

      Plaintiff reserves the right to amend or supplement Plaintiff's response to Defendants' Request to Produce prior to trial.

HANNON & JOYCE

Dated: June 30, 2005

By: _____
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA   19106


MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA   02210
617-439-4990
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of Plaintiff's Answers to Defendant's Interrogatories and Request to Produce to James J. Walsh, Esquire, Herlihy, Thursby and Herlihy, LLP, 133 Federal Street, Boston, MA 02110, attorney for Defendant, by depositing same in United States Mail, first class, postage prepaid, this 14th day of July, 2005.

THOMAS J. JOYCE, III