# EXHIBIT C

02/06/2007 16:20 FAX 2154464479 H ☒023
Case 1:04-cv-10827-JLT    Document 18-4    Filed 02/06/2007    Page 2 of 3
Case 1:04-cv-10827-JLT    Document 11    Filed 08/01/2006    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY SATROWSKY,<br>    Plaintiff<br><br>v.<br><br>BOSTON & MAINE<br>RAILWAY COMPANY &<br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY,<br>    Defendants | CIVIL DOCKET NO. 04-10827-JLT |

### DEFENDANT'S LIST OF PROPOSED DEPONENTS
### PURSUANT TO DISCOVERY ORDER

The defendant submits the following list of deponents:

1. Henry Satrowsky;

2. ~~Katherine Upchurch, M.D.;~~

3. T. Bryan Miller, M.D.; and

4. The defendant may also depose the expert witness designated as "Dr. Shinnick" in the plaintiff's Answer No. 17 to Defendant's Interrogatories.

Respectfully submitted,
Attorney for the Defendant,

James J. Walsh - (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100
jwalsh@hthlaw.com

## CERTIFICATE OF SERVICE

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, _____, 2006, served a copy of the foregoing document on the plaintiff to:

Thomas J. Joyce, III, Esq.  
HANNON & JOYCE  
The Curtis Center, Suite 450  
170 S. Independence Mall W.  
Philadelphia, PA 19106-3301

Michael J. McDevitt  
LAWSON & WEITZEN, LLP  
Suite 345  
Boston, MA 02210

_____  
James J. Walsh