# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HENRY SATROWSKY,

  Plaintiff,

v.                Civil Action No. 04-10827-JLT

BOSTON & MAINE RAILWAY COMPANY and
SPRINGFIELD TERMINAL RAILWAY
COMPANY,

  Defendants.

ORDER

August 1, 2006

TAURO, J.

After a Scheduling Conference held on August 1, 2006, this court hereby orders that:

1. Plaintiff may depose: (1) Boston & Maine Railway Company pursuant to Rule 30(b)(6); Springfield Terminal Railway Company pursuant to Rule 30(b)(6); and (2) Cynthia Scarano;

2. Defendants may depose: (1) Henry Satrowsky; and (2) Plaintiff's treating physician;

3. All abovementioned depositions are to be completed by November 30, 2006;

4. All requests for production are to be completed by November 30, 2006;

5. No interrogatories will be permitted without leave of court; and

6. A Further Conference will be held on December 5, 2006 at 11:00 a.m.

IT IS SO ORDERED.

                  /s/ Joseph L. Tauro
                  United States District Judge