# EXHIBIT E

**LAW OFFICE
OF
THOMAS J. JOYCE, III**

900 CENTERTON ROAD
MOUNT LAUREL, NEW JERSEY 08054-1630
(856) 914-0220 • (800) 995-FELA • (856) 914-0429 (FAX)
www.tjoycelaw.com

THOMAS J. JOYCE, III tjoyce@tjoycelaw.com

December 18, 2006

James J. Walsh, Esquire
HERLIHY, THURSBY & HERLIHY
133 Federal Street
Boston, MA 02110

RE: Henry Satrowsky v. Boston & Maine Corp.
Our File No: 04-52207-Q

Dear Mr. Walsh:

In regard to Henry Satrowsky's FELA personal injury action, please allow this letter to confirm that we intend on calling Dr. Michael Shinnick as Plaintiff's ergonomic expert. A copy of his Curriculum Vitae is enclosed.

If you have any questions or need additional information, please do not hesitate to contact me. Thank you.

Very truly yours,


THOMAS J. JOYCE, III

TJJ:ada
Enc.

cc: Michael McDevitt, Esq.

# Dynamics Research Group

**Dr. Michael D. Shinnick, Director**

HOME - CURRICULUM VITAE - TESTIMONY LIST - TASK MASTER - RECENT PUBLICATIONS - PRESENTATIONS - COMPANIES/CONSUMERS - DRG HISTORY - MODAPTS - PHOTO ALBUM

## Curriculum Vitae (Current to July 2002)

### Michael D. Shinnick

**OFFICE ADDRESS:**

Dynamics Research Group
Research Park, Suite 201
670 Sunshine Farm Lane
Blacksburg, Virginia 24060

Tel. (540) 951-1950
Fax (540) 951-0519
Mobile (540) 230-5912
E-Mail: DRG@Drshinnick.com

EDUCATION
PROFESSIONAL CERTIFICATIONS
PROFESSIONAL WORK EXPERIENCE
PROFESSIONAL SERVICES
CONSULTING AND TRAINING
GRANTS AND CONTRACTS
HONORS AND AWARDS
PUBLICATIONS
TRAINING/RESOURCE MANUALS
PRESENTATIONS & SEMINARS 96/01
OTHER EXPERIENCES, COMPETENCIES, AND ACTIVITIES

## EDUCATION

Post Doctoral - Auburn University, Industrial Engineering. (Work Measurement and Ergonomics) 1979-1981

Ed.D. Auburn University, 1977. College of Education, Department of Rehabilitation and Special Education. (Specializing in Service Systems for Individuals with Severe Handicapping Conditions)

M.Ed. Auburn University, 1971. (Rehabilitation Counseling and Psychology)

B.S. Florida State University, 1968. (School of Business)

## PROFESSIONAL CERTIFICATIONS

Human Factors and Ergonomics Society, Member 2002 to 2007.

Certified Member of The American Railway Engineering and Maintenance-of-Way Association

Certified Vocational Evaluator, Commission on Certification of Work Adjustment and Vocational Evaluation, 1984 to 2005, Certificate No. 00844.

Certified Work Adjustment Specialist, Commission Certification of Work Adjustment and Vocational Evaluation, 1984 to 2005, Certificate No. 00324.

Certified Rehabilitation Provider, Board of Professional Counselors, Department of Health Professionals, Commonwealth of Virginia, 1995. License NO:0715002936

Board Certified Work Measurement and Ergonomics Trainer, International MODAPTS Association, 1990 to 2005, awarded for five year periods.

The American Board of Forensic Examiners, Diplomate: Board Certified Forensic Examiner, Specialty: Ergonomics, Work Injury Management, Rehabilitation. 1994 to 2003. I.D. No:00567

Registered Vocational Expert, Social Security Administration, Bureau of Hearings and Appeals, 1980 to present.

Senior Disability Analyst and Diplomat, American Board of Disability Analysis, 1999 - 2004, Diploma Certificate No: 6319-99.

## PROFESSIONAL WORK EXPERIENCE

Director, Dynamics Research Group, 1981 to Present.

> Productivity, work injury & disability management, ergonomics, both office and production environments, gain sharing, and work measurement consultation with business, industry, financial institutions and service agencies; ergotecture/ergonomics software systems development and marketing; federal contracting; staff development training; employee assistance programming; assessment of residual employability; transferability of skills analysis; employability access; expert witness reporting; case management; life care plans for individuals with catastrophic injuries; functional capacity evaluation; and maritime services.

Associate Professor of Rehabilitation and Director of the Rehabilitation Continuing Education Program, Dept. of Rehabilitation and Special Education, Auburn University, 1983-1986.

> Director of the Rehabilitation Facility Administration Project, the Vocational Evaluation and Work Adjustment Project, and the State Department of Education Special Needs Assessment Project. Graduate faculty member and coordinator of Rehabilitation Extension and Continuing Education activities. Graduate instruction in rehabilitation and procurement of extramural funds. Manager of budgets (averaging $500,000 annually), direct staff, administration of grants and contracts, and coordinator of services to vocational rehabilitation agencies in eight southeastern states.

Assistant Professor and Director of the Rehabilitation Administration Program, Dept. of Rehabilitation, College of Education, Auburn University, 1978-1983.

> Direct staff in the teaching, development of, and research in the area of rehabilitation facility administration. Direct masters and doctoral committees, conduct research, develop course manuals, teach pre-service classes and in-service courses.

Director of Independent Living Project, Auburn University, 1979-1981.

> Direct staff in the development of an Independent Living Resource Manual for the severely

handicapped. Coordinated development of independent living in-service training and a national materials distribution network for the development of programs for the severely handicapped.

Assistant Professor and Associate Project Director of the Region IV Rehabilitation Facility Training Program, Dept. of Rehabilitation, College of Education, Auburn University, 1977-1978.

Coordinator of Rehabilitation Management Training Programs; training representative for Vocational Rehabilitation Agencies in Georgia, Florida and Mississippi; assisted in the administrative and funding activities of the training programs for facility personnel, i.e., vocational instructors, production supervisors, vocational adjustment specialists, vocational evaluators, administrators; instructor of graduate and undergraduate students in vocational rehabilitation.

Extension Associate, Rehabilitation and Special Education Department, Auburn University, 1973-1977.

Instructed professional rehabilitation facility personnel in techniques of vocational evaluation, work adjustment, and management. Coordinated administration workshops. Assistant project director of the Region IV Rehabilitation Facility Training Program.

Graduate Research Assistant, Rehabilitation and Special Education Dept., Auburn University, 1973-1975.

Instructor in vocational evaluation, work adjustment, work injury management, and vocational placement techniques.

Vocational Evaluator and Work Adjustment Services Coordinator, State of Alabama Dept. of Education, Division of Vocational Rehabilitation at the Achievement Center, Opelika, Alabama, 1971 to 1973.

Responsible for providing individual and group counseling to rehabilitation clients and developing, organizing and directing the program and staff of the Vocational Rehabilitation Center. The program consisted of vocational evaluation, work adjustment services, work measurement, vocational training and placement.

## PROFESSIONAL SERVICES

Research and Demonstration Site Coordinator for Ergonomics Systems, Bissell Health Care Systems, Lafayette Instruments 1993 to 1995.

Montgomery Regional Hospital & Pulaski Community Hospital Advisory Counsel for Occupational Health and Safety, 1994.

National Association of Forensic Economics, research contributor & member 1993 to 1996.

Pain Management Consortium of Southwest Virginia, Council Member, 1992 to present.

International MODAPTS Association (IMA) Chairman of the Board of Directors and President, IMA holds the English speaking copyrights for the MODAPTS system, Western Michigan University, 1989 to 1992.

International MODAPTS Board - Function as one of the twelve international members of the governing body, Sydney, Australia, 1986 to present.

Editorial Advisory Board - Vocational Evaluation and Work Adjustment Bulletin, 1977 to 1984.

The President's Committee on Employment of People with Disabilities, Washington, D.C., 1981-1985.

Governor's Advisory Council on Facilities and Information Network Development, 1979-1982.

State Department of Education Committee on Handicapped Children Early Childhood Education Program, 1980.

Chairman of the Peer Review Panel for Rehabilitation Facility Administration Grants, R.S.A., H.E.W., Washington, D.C., 1979.

Research Editor of the National Association of Rehabilitation Instructors Bulletin. 1979.

National Rehabilitation Administration Association Accreditation Standards Committee, 1979-1982.

Peer Review Panel for Independent Living Part B Projects. Dept. of Education, Washington, D.C., 1979.

## CONSULTING AND TRAINING

Worked with over 400 community, state and federal agencies as a rehabilitation of the severely handicapped systems expert, ergotecture and ergonomics expert. Services have been provided to business, industry and financial institutions. Internationally, projects have been conducted in New Zealand, Australia, Central America, and the Caribbean Basin. In legal services, over 250 cases have been developed and data presented.

Management, Productivity, and Ergonomics Consultant to over 300 industries, businesses, financial institutions and service agencies including Ford Motor Company, General Motors, Abbot Labs, Brunswick Defense, and the U.S. Department of Justice, Southeast Bank, 1985-2002.

Virginia Department of Rehabilitative Services - Rehabilitation Engineer Consultant, provided assessment, implementation and follow-up for over 200 DRS clients. Services provided included work site accommodation, assistive devise needs, and independent function facilitation, 1995-1999.

Conducted over 90 training programs on work measurement and ergonomics. Participants represented financial, manufacturing, human services, and educational institutions.

Florida Association of Rehabilitation Facilities, Work Injury Management Consultant, 1984-1985.

Australian Department of Rehabilitation, conducted seminars in Vocational Assessment, 1984.

Massey University, Massey, New Zealand, visiting lecturer, 1984.

Alabama State Department of Mental Health. Provided a series of Staff Development Programs for State Institution Staff, 1982.

Georgia Department of Human Resources. Conducted a Series of Methods Analysis and Time Study Workshops, 1981-1983.

Kentucky Bureau for Blind Services, Training Consultant, 1980-1982.

State Department of Education - Handicapped Children Work Activities Training, 1980.

Conducted over 35 workshops on Interpersonal Skills and Communications Training as a consultant to various agencies and organizations, 1977-1990.

Program Development Consultant to Tennessee Blind Services Agency, 1977-83.

Federal Technical Assistance Consultant to Rehabilitation Services Administration, 1976 to present.

Consultant to Cornell University in developing rehabilitation adjustment services programs and in conducting management training, 1973 to 1986.

Consultant to South Carolina University Rehabilitation and Counseling Department's Seminar on Innovations in Work Adjustment. Orangeburg, South Carolina, 1976.

Special Education Consultant to Macon, Russell, and Perry County Boards of Education, 1975-1986.

North Carolina Blind Services Agency, Staff Development, 1975, 1979.

Cornell University's Labor Relations Think Tank on Work Adjustment and Rehabilitation Services, 1975.

Adjunct Instructor to Tuskegee Institute's Drug Abuse Human Services Program, 1975.

Special Education and Gifted Diagnosis Consultant for the Alabama State Department of Education, 1973-1986.

## GRANTS AND CONTRACTS

Since 1973, have secured over six million dollars in contracts and grants for providing training, product development, work measurement, work injury management program development, ergonomic assessment, human factors studies, and OSHA/NIOSH compliance reviews. Specific grants and contracts include:

General Motors, 1990, 1991, 1994; Brunswick Defense, 1990, 1991; Ford Motor Company, 1988 - 2002; Boeing Aircraft Company, 1991, 1992; Bridgestone Tire Company, 1993, 1994; Abbott Laboratories, 1992 -1995; Internet Foundries, 1990-1993; American College Pathologists, 1992; Federal Bureau of Prisons, 1988 - 1995; Special Needs Development and Training Program, 1985, 1986; Roadway Express, Inc., 1992 - 1999; Virginia Department of Rehabilitative Services, 1994 - 1999; National Industries for the Severely Handicapped, 1988 - 1999; Wabash Magnetics Control Products, 2000 - 2001; Vecta Industries, 2001; Indiana Association of Rehabilitation Facilities, 1990, 2000; Verizon, 2001 - 2002; Bassett Furniture, Co., 2000 - 2002.

Partners of the Americas, - developed an industrial contracting training program for the Rehabilitation Training Center, Guatemala City, Guatemala, 1985, 1995, 1997.

The World Rehabilitation Fund - researched the application of industrial engineering work measurement to vocational rehabilitation. Sidney, Brisbane, and Perth, Australia; Massey University and Hamilton, New Zealand, 1984;

Facility Administration In-service Grant, funded by Rehabilitation Services Administration, 1982 through 1986;

Vocational Evaluation and Work Adjustment In-Service Training, funded by RSA, 1982 through 1986;

The Alabama State Department of Education - training in vocational evaluation, work measurement and work adjustment, 1981 through 1983;

The Alabama State Department of Mental Health - training and consulting in work measurement, 1981;

The Alabama Department of Youth Services - communications training for vocational instructors, 1981;

The Georgia Division of Mental Health and Mental Retardation - work measurement, 1981.

## HONORS AND AWARDS

Director Emeritus, International MODAPTS Association and the International Labour Organization, Geneva, Switzerland, April 1999;

Selected for the Who's Who National Directory Executives and Professionals, 1997;

Recipient of the G. Christopher Heyde Award for international contributions to research in work measurement and work injury assessment. International MODAPTS Association, 1994;

Disability Management & Work Injury Assessment Seminar - program consultant and speaker, Sidney, Australia, 1990;

International MODAPTS Association Chairman & President 1989-91;

United States Representative to Partners of the Americas Employment Congress for Central and South America, Guatemala, 1985.

World Rehabilitation Fund International Exchange of Experts Fellowship, Australia & New Zealand 1984.

## PUBLICATIONS

Garratt, Charles., Garratt, Steven., Shinnick, Michael., TaskMaster 2000, *Gray Owl Software*, Dynamics Research Group, January 2000; TaskMaster Version 3, 2002.

Shinnick, M.D., Lanphear, M.J., An Expert Examines Daubert in the Context of Cumulative Trauma Disorders, Publication www.drshinnick.com.

Wickstrom, Richard J., Shinnick, Michael D., Industrial Standards for the Jamar Physical Agility Test Battery, *Lafayette Instruments and Ergonomics Systems*, Bissell HealthCare 1995.

Garratt, Charles, Shinnick, Michael D., TaskMaster for Windows, *Gray Owl Software*, 1995.

Shinnick, Michael D., Stone, Victoria Jordan, Vocational Aspects of Personal Injury Litigation, *On Science and Technology* - International MODAPTS Association, June 1993.

Shinnick, Michael D., Disability Management: Background, Process, and Aims, International MODAPTS Association, 1992.

Shinnick, Michael D., Stone, Victoria J., Empirical Data Helps to Prove Vocational Loss in Personal Injury Cases, *Lawyers Weekly*, December 1992.

Garratt, Charles, Shinnick, Michael D., TaskMaster - Advanced Software for MODAPTS-based Work Standards, *Gray Owl Software*, 1991.

Shinnick, Michael D., Erwin, Walter E., Work Measurement System Creates Shared Responsibility Among Workers at Ford, *Industrial Engineering*, August 1989, Vol. 21, No. 8.

Shinnick, Michael D., Vocational and Rehabilitation Expert Testimony Objectified Through the Application of Ergotecture, *Lawyer's Weekly*, June 1988, Vol. III, No. 4.

Shinnick, Michael D., and Gerber, Donald L., A Common Language for Analyzing Work, *Journal of Systems Management*, Vol. 36, No. 4, pp. 8-13, 1986.

Black, J., Shinnick, M., Welsh, J., A Work Measurement Approach to Functional Assessment, *Issues Papers: National Forum on Issues in Vocational Assessment*, Materials Development Center, University of Wisconsin-Stout, Menomonie, Wisconsin, 1985.

Shinnick, Michael D., Improving the Effectiveness of Rehabilitation Services Through a Common Language for Practitioners, *Journal of Rehabilitation*, Aug. - Sept., 1985, pp. 33-38.

Shinnick, Michael D., Black, J.B., Decker, Roger S., "A Partnership: Vocational Evaluation and Industrial Engineering." *Vocational Evaluation and Work Adjustment Bulletin*, Vol. 16, No. 1, 1983.

Shinnick, Michael D., Black, J.B., The Application of Industrial Engineering, *Vocational Evaluation, Work Adjustment and Independent Living Services for the Severely Disabled*, Robert Lassiter, Ed. Springfield, IL: Charles Thomas, 1983.

Shinnick, Michael D., Sallenger, Sabra H., Burdg, Nancy B., "Guidelines for the Development of Independent Living Services in Rehabilitation Facilities." *Vocational Evaluation, Work Adjustment and Independent Living for Severely Disabled*, Robert Lassiter, Ed. Springfield, IL: Charles Thomas, 1983.

Shinnick, M.D., Sallenger-Hoffman, S., Innovations in Vocational Evaluation and Work Adjustment - Independent Living: A Resource Manual, *Vocational Evaluation and Work Adjustment Bulletin*, Vol. 14, No. 1, Spring 1981.

Carter, J., Shinnick, M.D., McDaniel, R.S., The Impact of In-Service Training in Rehabilitation Facility Administration. *Journal of Rehabilitation Administration*. Vol. 5, No. 4, 1981.

McDaniel, R.S., Burdg, N.B., Shinnick, M.D., The Relationship Between Vocational Evaluator Initial Perceptions and Their Recommendation for Adjudicated Youths, *Vocational Evaluation and Work Adjustment Bulletin*. Vol. 14, No. 4, 1981.

Shinnick, M.D., Floyd, M.R., A Reliability Study Using Semantic Differential for Short-Term Workshop Evaluation, *National Association of Rehabilitation Instructors*. Vol. 3, No. 5, June 1980.

Shinnick, M., Carter, J., and Anderson, J., "Directory of Region IV Vocational Rehabilitation Facilities - A Descriptive Analysis" Auburn University, 1979.

Shinnick, M.D., A System for the Evaluation for Short-Term Training for Rehabilitation Facility Personnel, *AURORA*. Vol. 10, No. 1, January 1978.

Shinnick, Michael D., The Follow-up Evaluation of Rehabilitation Facility Short-Term Training, *Vocational Evaluation and Work Adjustment Bulletin*. Vol. II, No. 2, June 1977.

Allen, Conrad M., and Shinnick, Michael D., Placement Through a Job Trial Approach to Vocational Evaluation, *Placement Services and Techniques*, Bowman, J. R. and Graves, W.H. January 1976.

Shinnick, M.D., "The Effects of Time Interval Between Conclusion of Training and Follow-Up," Auburn University, 1976.

Shinnick, Michael D., The Stone Masonry and Tile Setting Work Sample, Work Sample Clearing House, Materials Development Center, University of Wisconsin, January 1974.

Allen, Conrad M., and Shinnick, Michael D., Successful Placement Through a Job Trial Approach to Vocational Evaluation, *Vocational Evaluation and Work Adjustment Bulletin*.

Vol. 7, No. 4, 1973.

## TRAINING/RESOURCE MANUALS

Garratt, Charles and Shinnick, Michael D., TaskMaster 2000 - Applied Work Standards and Ergonomic Work Methods, *Gray Owl Software*, January, 2000, 2002.

Garratt, Charles., Cooper, David., Shinnick, Michael D., "TaskMaster - The Program for Understanding Work, Artifacts Software," Dynamics Research Group, 1990, 92, 95.

Shinnick, Michael D., "MODAPTS Resource and Training Manual," Dynamics Research Group, 1989, 1991.

Sechrist, T., Spitznagal, R., Shinnick, M., "Contract Procurement and Cost Estimating," Auburn University, 1983.

Shinnick, M.D., Spitznagal, R., "Methods Analysis and Work Measurement," Auburn University, 1983.

Shinnick, Michael D., "Production Practices for Human Service Programs," Auburn University, July 1981. Revised 1983.

Wilson, D.L., Shinnick, M.D., Carter, J., "Rehabilitation Facility Administration Practices and Procedures II, Management of the Organization," Auburn University, 1979. Revised by Wilson, D.L., Spitznagal, R., Shinnick, M.D., 1983.

Helm, J.P., Shinnick, M.D., Carter, J., "Program Evaluation for Rehabilitation Facilities," Auburn University, 1979. Revised by Spitznagal, R., Brabham, A., Shinnick, M.D., 1983.

Wilson, D.L., Shinnick, M.D., Carter, J., "Rehabilitation Facility Administration Practices and Procedures I, Personnel Management," Auburn University, 1978. Revised by Wilson, D.L., Shinnick, M.D., Spitznagal, R., 1983.

Shinnick, M.D., Floyd, M.R., "Communication Effectiveness Skills for Rehabilitation Facility Training Grant," 1977. Revised 1980, 1983.

Hoffman, S.J., Shinnick, M.D., Willoughby, M., "Independent Living Resource Manual," Auburn University, March 1980.

Brolin, J., Smith, T., Shinnick, M., "Production Practices in Rehabilitation Facilities," Auburn University, 1979.

McDaniel, R.S., Anderson, J.L., and Shinnick, M.D., "Vocational Evaluation Resource and Training Manual," Auburn University, 1977.

Anderson, J.L., McDaniel, R.S., and Shinnick, M.D.," Adjustment Services Resource and Training Manual" Auburn University, 1977.

## PRESENTATIONS & SEMINARS 96/02

*Ergonomics of Office Equipment, Seating, Furnishings and Work Practices*, Dallas, Texas, January 29-30, 2001, March 4-5, 2002.

*Ergonomics and Work Measurement*, Wabash Magnetics Control Products, Fort Wayne, Indiana, October 12-14, 2000

*MODAPTS, The Language of Work Injury Management*, INARF, Indianapolis, Indiana, September 12-13, and October 11-12, 2000

*Carpal Tunnel Syndrome and Hearing Loss, Epidemiology, Biomechanics, Causation, Prevention and Cost*, Virginia Senate Commerce & Labor Subcommittee, October 16, 1996; House of Delegates Commerce & Labor Subcommittee, October 21, 1996, Richmond, Virginia.

*Management of Work Related Upper Extremity Injuries, An Ergonomic & Rehabilitation Perspective*, August 23, 1996, Calgary, Canada.

*Assessment of Work Related Upper Extremity Risk Factors*, MODAPTS Symposium, March 23, 1996, Cocoa, Florida.

MODAPTS Seminar, *The Language of understanding Work*, Reno, Nevada, March 11-15, 1996.

MODAPTS & Ergonomics Seminar: St. Augustine, Florida, January 96; New Orleans, March 97; St. Louis, October 97; Nashville, June 98; St. Louis, June, 1999.

Work Injury & Ergonomics, Ford Motor Company, Louisville, KY, Jan. - April, 1996, Dearborn, MI, February-August 1997, January-March 1998; Kentucky Truck, May - July 1998; Twin Cities, February-March 1999, June 2000, February-March 2001.

Special Health & Safety, Projects, Ford Motor Company, Dearborn, MI, March 1999. "*An Historical Perspective of Ergonomics, Work Injury Management and MODAPTS*" International MODAPTS Association Symposium, Cocoa, Florida, April 16, 1999.

*Ergonomics and Work Injury Management, An interdisciplinary Mandate for the Millennium*, International Symposium, Cocoa, Florida, April 13, 2000.

**OTHER EXPERIENCES, COMPETENCIES, AND ACTIVITIES**
Registered Psychometrist, 1977 to present.
Federal Technical Assistance Consultant - R.S.A, 1977 to present.
Participant, co-leader, and leader of personal growth labs, marathons, and communications conferences, 1970 to 1992.
Captain of a 110' private charter yacht, 1987.
Owner of a 48' sailing vessel, 1985-1987.
Extensive travel in the Caribbean Basin, Central America, 1982 to present.
Licensed Master by the United States Coast Guard for vessels up to 100 tons. 1984 to present.
Participant in the National Trust for Historic Preservation, 1974 -1985.
Completed the Rehabilitation Facility Administration Certificate Program, 1981.
Licensed Effectiveness Trainer, 1977.

Certified Water Safety Instructor and Scuba Diver, 1981 to present.
Conducted restoration of a historic southern antebellum plantation, 1975-1986.

Contributed to undergraduate & graduate education expenses by employment as:

hotel front desk manager, hardware store clerk, service station attendant, car salesman, life guard, recreation director, Fuller Brush salesman, painter, assistant manager of grocery store, census taker, bartender, yacht captain, furniture repairer, and carpenter.

**BACK TO THE TOP**

---

**Dynamics Research Group**
Research Park, Suites 201- 203, 670 · Sunshine Farm Lane · Blacksburg VA 24060
Telephone: 540-951-1950 · FAX 540-951-0519 · E-Mail: drg@drshinnick.com