February 15, 2007

Honorable Kenneth P. Neiman
Chief United States Magistrate Judge
United States District Court
1550 Main Street
Springfield, MA  01103

RE:    Henry Satrowsky v. Boston & Maine Railway Company, et al.
       Civil Action No:  04-10827-JLT

Dear Judge Neiman:

      Please note our representation of the Plaintiff Henry Satrowky in the above-captioned FELA personal injury action.

      We are pleased to inform you that we settled Henry Satrowsky's case prior to Mediation set for February 15, 2007 at 10:00 a.m.  Please cancel the Mediation.

      We will file a Stipulation of Dismissal as soon as Plaintiff executes the settlement documents.

      If you have any questions, please do not hesitate to contact me.  Thank you for your time and consideration.

Respectfully,

*/s/ Thomas J. Joyce, III*

THOMAS J. JOYCE, III

TJJ:ada

cc:    Cynthia Scarano
       James J. Walsh, Esq.
       Michael McDevitt, Esq.