February 15, 2007

Honorable Joseph L. Tauro
United States District Judge
United States District Court
1 Courthouse Way
Boston, MA  02210

RE:   Henry Satrowsky v. Boston & Maine Railway Company, et al.
      Civil Action No:  04-10827-JLT

Dear Judge Tauro:

Please note our representation of the Plaintiff Henry Satrowky in the above-captioned FELA personal injury action.

We are pleased to inform you that we settled Henry Satrowsky's case prior to Mediation set for February 15, 2007 at 10:00 a.m.  Please cancel the jury trial set for March 5, 2007 at 10:00 a.m.

Please do not rule on Defendant's Motion in Limine as it is moot.

We will file a Stipulation of Dismissal as soon as Plaintiff executes the settlement documents.

If you have any questions, please do not hesitate to contact me.  Thank you for your time and consideration.

                                        Respectfully,

                                        */s/ Thomas J. Joyce, III*

                                        THOMAS J. JOYCE, III

TJJ:ada

cc:   Honorable Kenneth P. Neiman
      Cynthia Scarano
      James J. Walsh, Esq.
      Michael McDevitt, Esq.