UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HENRY SATROWSKY,
    Plaintiff,

V                                   CA 04-10827- JLT

BOSTON & MAINE RAILWAY COMPANY'
ET AL
    **DEFENDANTS.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.,**

THE COURT HAVING BEEN ADVISED ON FEBRUARY 15, 2007 COUNSEL FOR THE PARTIES THAT THE ABOVE ACTION HAS BEEN SETTLED:

IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED.

                                              BY THE COURT:

                                                /S/
                                            ZITA LOVETT,

2/15/2007                                    DEPUTY CLERK